Exhibit 23

## DECLARACION JURADA

YO, ARIEL ACOSTA-JUSINO, seguro social número 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, licencia de conducir número 537813, mayor de edad, casado, abogado de profesión y vecino de Guaynabo, Puerto Rico, bajo el más solemne juramento declaro:

1. Que mi nombre y demás circunstancias son las antes expresadas.

2. Que a continuación detallo información supletoria a la declaración jurada suscrita en esta misma fecha, relacionada con las manifestaciones vertidas por el Lcdo. Antonio Moreda hacia mi persona en ocasión de reunirnos en su oficina entre los días 25 al 31 de octubre del 2000.

"Entre los días 25 y el 31 de octubre de 2000 me personé a la oficina del Lcdo. Antonio Moreda acompañado del Sr. José González y el Sr. Rafael Rodríguez quienes regresábamos de una reunión en Ponce. Luego de esperar un rato con ellos en la recepción, el Lcdo. Antonio Moreda me recibió y me pidió hablar conmigo a solas. Nos movimos al salón de conferencia pequeño y tras cerrar la puerta el Lcdo. Antonio Moreda me solicitó en primer lugar que cuando volviera a la oficina tratara de hacerlo solo y no acompañado del Sr. José González. En segundo lugar me solicitó le informara sobre el acuerdo económico que yo tenía con el Sr. Ricardo Quiles en términos de honorarios o participación por la negociación que estaba llevando a cabo. Le indiqué que el Sr. Quiles me había ofrecido la suma de $350,000.00. En ese momento tuve claro cuáles eran las intenciones del Lcdo. Antonio Moreda al hacerme la pregunta antes de que él me dijera nuevamente que "independientemente de lo que él había manifestado previamente relacionado con la supuestas conversaciones de su representada con el Lcdo. Edgardo Rivera-Maldonado y el Lcdo. Angel Marrero-Figarella y de que él no intervendría en una negociación directa con ellos, si resultaba que su cliente adquiría la propiedad de éstos y tomando en consideración que yo sería un testigo hostil en un posible pleito, él me iba a garantizar los honorarios que yo iba a recibir de parte del Sr. Quiles. Acto seguido me indicó que para no perjudicarme dichos dineros podían ser canalizados a través de cualquier persona de mi confianza, una corporación o hasta la adquisición de alguna de las propiedades en el desarrollo". Acto seguido le indiqué que en primer lugar no tenía objeción de comparecer a sus oficinas sólo y le reiteré que aún la opción de compraventa estaba vigente y nosotros íbamos a ir hasta las últimas consecuencias para exigir el cumplimiento de parte de los clientes del Lcdo. Angel Marrero-Figarella y del Lcdo. Edgardo Rivera-Maldonado. Me volvió a reiterar que "independientemente de lo que ocurriese, él buscaría la forma de protegerme pero que no podía garantizar participación alguna para ninguna otra parte".

En San Juan, Puerto Rico, hoy, día 23 de enero del 2002.

_____
ARIEL ACOSTA-JUSINO

AFFIDAVIT NUM.: 2139

Jurado y suscrito ante mí por Ariel Acosta-Jusino, de las circunstancias antes expresadas a quien he identificado mediante su licencia de conducir con retrato y firma número 537813.

En San Juan, Puerto Rico, hoy, día 23 de enero del 2002.

_____
Notario Público

[Handwritten annotation in left margin: "DRAFT Original SD ESTA EN MI PODER"]