**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| RICARDO QUILES-RIVERA, ET AL.,<br><br>     Plaintiffs,<br><br>                    v.<br><br>ANGEL MARRERO-FIGARELLA; ET AL.,<br><br>     Defendants. | Civ. No. 05-1627(PG) |

### JUDGMENT

WHEREFORE, it is hereby **ORDERED AND ADJUDGED** that all claims against defendants **Angel Marrero-Figarrella**, **Lisette Guzman-Medina**, **Sigrido Rivera-Sola**, **Antonio Moreda-Toledo**, and **Manuel A. Moreda** be **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2), each party to bear its own costs and attorneys fees.

Furthermore, all claims against defendant **Carmen Gloria Torres-Figueroa** are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2). The Court will, however, consider defendant's motions for sanctions. (Docket Nos. 46 & 65.)

Lastly, all claims against defendants **Carmen Gladys Bayron-Rodriguez** and **Edgardo Rivera-Maldonado** are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

In San Juan Puerto Rico, January 11, 2006.

                                        S/JUAN M. PEREZ-GIMENEZ
                                        U.S. District Judge