IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| RICARDO QUILES-RIVERA, et. al.; | * | CIVIL NO. 05-1627 (PG) |
| Plaintiffs | * | |
| v. | * | |
| ANGEL MARRERO-FIGARELLA, et. al.; | * | |
| Defendants | * | |

**PLAINTIFFS' MOTION SUBMITTING CERTIFIED TRANSLATION**

TO:   HONORABLE JUAN M. PEREZ-GIMENEZ,
       U.S. DISTRICT JUDGE:

**COME NOW**, the Plaintiffs Ricardo Quiles-Rivera and Blanca Sierra-González, through their undersigned counsel and very respectfully State and Pray as follows:

1. On November 23rd, 2005, the herein appearing parties filed their Opposition to Motion for Rule 11 Sanctions, and in support of said motion submitted an Exhibit 1 in its original Spanish language.

2. That on this date, the Plaintiffs submit for this Honorable Court's approval the certified translation to the English language of Exhibit 1 which is attached hereto.

**WHEREFORE**, it is respectfully requested this Honorable Court take notice of this Motion and enter an Order allowing this certified translation become a part of the Plaintiffs' Opposition to Motion for Rule 11 Sanctions.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 17th day of January, 2006.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date January 17th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Judith Berkan, Esq., Mary Jo Mendez, Esq., Beatriz M. Ramirez-Abarca, Esq., Antonio Moreda, Toledo, Esq., Manuel A. Moreda, Esq., Rafael A. Machargo, Esq., Arturo Luciano-Delgado, Esq,** and **Lorenzo J. Palomares-Starbuck, Esq.**

*S/Francisco M. López-Romo*
**FRANCISCO M. LOPEZ-ROMO, ESQ.**
**U.S.D.C.- P.R. 118314**
**7695 SW 104**[th] ***Street, Suite 230***
**Miami, Florida 33156**
**Telephone: 305-772-5577**
**Facsimile:   305-667-2252**
**E-Mail: lopezromo@aol.com**