## SEVEN LANGUAGES TRANSLATING SERVICES, INC.
### TRANSLATORS • INTERPRETERS

Conferences • Depositions • Documents • Translations • Legal • Commercial • Medical • Technical • U.S. Court Certified Interpreters
Web site: www.sevenlanguages.com • E-mail: sevenlan@gate.net

### CERTIFICATE OF TRANSLATION

STATE OF FLORIDA      }
                      }
COUNTY OF MIAMI-DADE  }

BEFORE ME, on this day, personally appeared JOSEPH RICHARD PEREZ on behalf of SEVEN LANGUAGES TRANSLATING SERVICES, INC., who being duly sworn, deposes and says that he is fully versed in both the SPANISH and ENGLISH languages, that he is a Federal Court certified interpreter in English and Spanish and that he is a qualified and experienced translator from each of said languages to the other; and that to the best of his knowledge and belief, the translation attached hereto is a true and accurate rendition of the original aforesaid, consisting of ___1___ pages and that this is the last of the attached.

JOSEPH RICHARD PEREZ

The foregoing instrument was acknowledged by me on this 6th day of December, 2005 Joseph Richard Perez personally appeared before me at the time of notarization. He is personally known to me and produced a driver's license as identification and he did take an oath.

Lawrence A. Strauss, Notary Public
State of Florida at Large

LAWRENCE A. STRAUSS
MY COMMISSION # DD433690
EXPIRES: June 21, 2009
FL Notary Discount Assoc. Co.

The utmost care has been taken to ensure the accuracy of all translations. Seven Languages Translating Services and its employees shall not be liable for any damages due to negligence or error in typing or translation.

SPANISH
FRENCH
ITALIAN
HEBREW
CREOLE
DUTCH
PORTUGUESE
GERMAN
CHINESE
JAPANESE
RUSSIAN
SCANDINAVIAN
ASIAN
SLAVIC
& ALL OTHER
LANGUAGES

OFFICES IN MIAMI • FT. LAUDERDALE • ORLANDO • TOKYO
19 W. FLAGLER ST. • SUITE 816 • MIAMI, FLORIDA 33130
DADE (305) 374-6761 • 24 HR. FAX (305) 374-0339 • BROWARD (954) 962-4178 • 1-800-374-6761